AO 10*
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial): | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stormes, Nita L. | Southern District of Cal. | 08/11/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Mag. Judge-Full Time | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address:**

U.S. Courthouse
940 Front Street
San Diego, CA 92101-8910

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Kenilworth Estates, Inc.        -owned business) |
| 2. | Director | Parkway Estates, Inc.        -owned business) |
| 3. | Director | Park Fulton East, Inc.        owned business) |
| 4. | Trustee | Trust |
| 5. | Trustee | Trusts |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/11/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Luce Forward Hamilton & Scripps (     Law Firm) |
| 2. | 2012 | Jones Day (     Law Firm) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/11/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3 | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cabrillo Federal Credit Union - 2 Savings | A | Interest | K | T | | | | | |
| 2. Cabrillo Federal Credit Union - 2 IRA Cash Equivalent | A | Interest | J | T | | | | | |
| 3. Cabrillo Federal Credit Union - 2 Checking | | None | J | T | | | | | |
| 4. California Bank & Trust - 2 IRA Cash equivalent | A | Interest | K | T | | | | | |
| 5. Cabrillo Federal Credit Union - 1 Savings | A | Interest | J | T | | | | | |
| 6. Cabrillo Federal Credit Union - 3 Savings | A | Interest | J | T | | | | | |
| 7. Vanguard CA Money Market Fund - 3 | A | Interest | K | T | | | | | |
| 8. Vanguard Wellington Fund - 3 401(K) | C | Dividend | | | Closed | 06/07/12 | N | B | |
| 9. Vanguard 500 Index Fund - 3 401(K) | B | Dividend | | | Closed | 06/07/12 | N | B | |
| 10. Vanguard PRIMECAP Fund - 3 401(K) | B | Dividend | | | Closed | 06/07/12 | K | A | |
| 11. Vanguard GNMA Fund - 3 401(K) | B | Dividend | | | Closed | 06/07/12 | N | B | |
| 12. Vanguard Prime Money Fund - 3 401(k) | A | Interest | | | Closed | 06/07/12 | J | A | |
| 13. Vanguard Total Stock Fund - 3 401(k) | A | Dividend | | | Closed | 06/07/12 | M | B | |
| 14. Fidelity Magellan Fund (Fidelity Ultra) | A | Dividend | K | T | | | | | |
| 15. Janus Fund | A | Dividend | J | T | | | | | |
| 16. Janus Mercury Fund (now Janus Research Fund) | A | Dividend | J | T | | | | | |
| 17. Janus Worldwide Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-D) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm-dd-yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Fidelity Puritan Fund | A | Dividend | J | T | | | | | |
| 19. Kaufman Fund | A | Dividend | J | T | | | | | |
| 20. Mutual Qualified Fund | A | Dividend | J | T | | | | | |
| 21. Oakmark Fund | A | Dividend | J | T | | | | | |
| 22. Scudder International Fund | A | Dividend | J | T | | | | | |
| 23. Vanguard Index Fund (Fidelity Ultra) | A | Dividend | J | T | | | | | |
| 24. Fidelity CA Muni Money Market (Fidelity Ultra) | A | Interest | J | T | | | | | |
| 25. California Bank & Trust - 1 Checking | A | Interest | M | T | | | | | |
| 26. Vanguard CA Money Market Fund - 2 | B | Interest | O | T | | | | | |
| 27. Cabrillo Federal Credit Union - 5 Savings | A | Interest | K | T | | | | | |
| 28. Vanguard CA Money Market Fund - 1 | A | Interest | O | T | | | | | |
| 29. Rothschild General Money Mkt Fund - 2T | A | Interest | L | T | | | | | |
| 30. Travis Cnty Tex - 2T | A | Interest | | | Redeemed | 03/01/12 | K | A | |
| 31. Longview TX - 2T | A | Interest | | | Redeemed | 06/01/12 | K | A | |
| 32. La Crosse Wis - 2T | A | Interest | | | Redeemed | 12/01/12 | K | A | |
| 33. Kane Cty - 2T | A | Interest | | | Redeemed | 12/30/12 | K | A | |
| 34. Frisco Tex - 2T | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/11/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm-dd-yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Marshall MI - 2T | A | Interest | K | T | | | | | |
| 36. Palm Beach Cnty - 2T | A | Interest | K | T | | | | | |
| 37. Alaska Mun - 2T | A | Interest | K | T | | | | | |
| 38. Aurora Ill - 2T | A | Interest | K | T | Buy | 09/07/12 | K | | |
| 39. Clark Cnty Nevada - 2T | A | Interest | K | T | | | | | |
| 40. Winter Park FL - 2T | A | Interest | K | T | | | | | |
| 41. Harris Cnty Tex. - 2T | A | Interest | K | T | | | | | |
| 42. Springfield Ill. Elec. - 2T | A | Interest | K | T | | | | | |
| 43. Azusa Calif - 2T | A | Interest | K | T | Buy | 06/01/12 | K | | |
| 44. Bank of Amer. - 2T | A | Interest | K | T | Buy | 01/31/12 | K | | |
| 45. Mt. Pleasant - 2T | A | Interest | K | T | | | | | |
| 46. Port Townsend WA - 2T | A | Interest | K | U | | | | | |
| 47. Oak Forest Ill - 2T | A | Interest | K | T | | | | | |
| 48. Bolingbrook Ill - 2T | A | Interest | K | T | | | | | |
| 49. Springfield Ill. Elec. - 2T | A | Interest | K | T | | | | | |
| 50. Ceragon - 2T | A | Dividend | | | Sold | 09/11/12 | J | A | |
| 51. Compugen - 2T | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Lanoptics Ltd - 2T (Name change: EZCHIP Semiconductor) | A | Dividend | K | T | | | | | |
| 53. CF Inds - 2T | A | Dividend | K | T | Buy | 09/21/12 | K | | |
| 54. Duke Energy - 2T | A | Dividend | J | T | Buy | 02/27/12 | J | | |
| 55. Gap Inc. - 2T | A | Dividend | J | T | Buy | 09/19/12 | J | | |
| 56. Dollar Tree - 2T | A | Dividend | | | Sold | 09/11/12 | K | A | |
| 57. McDonalds Corp - 2T | A | Dividend | | | Sold | 05/26/12 | J | A | |
| 58. Netlogic Microsystems - 2T | A | Dividend | | | Sold | 01/23/12 | K | A | |
| 59. Qualcomm Inc - 2T | A | Dividend | K | T | | | | | |
| 60. Rentech - 2T | A | Dividend | J | T | Buy | 09/21/12 | J | | |
| 61. Quicklogic Corp - 2T | A | Dividend | | | Sold | 11/08/12 | J | A | |
| 62. Royal Dutch Petroleum - 2T | A | Dividend | J | T | | | | | |
| 63. Shengkai Innovations - 2T | A | Dividend | I | T | | | | | |
| 64. Equity Res. - 2T | A | Dividend | J | T | Buy | 08/10/12 | J | | |
| 65. Pimco ETF - 2T | A | Dividend | K | T | Buy | 11/19/12 | K | | |
| 66. Royce Value - 2T | A | Dividend | | | Sold | 11/07/12 | J | A | |
| 67. Rothschild Gen Money Market Fund - 2B | A | Interest | J | T | | | | | |
| 68. American Century - 2B | A | Dividend | J | T | Buy | 03/20/12 | J | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/11/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. American Century Small - 2B | A | Dividend | | | Sold | 11/21/12 | J | A | |
| 70. Franklin Total - 2B | A | Dividend | J | T | Buy | 11/26/12 | J | | |
| 71. Franklin Rising - 2B | A | Dividend | J | T | Sold (part) | 11/26/12 | J | A | |
| 72. Franklin Growth - 2B | A | Dividend | | | Sold | 09/17/12 | J | A | |
| 73. Goldman - 2B | A | Dividend | J | T | | | | | |
| 74. Lord Abbett - 2B | A | Dividend | J | T | Buy | 11/21/12 | J | | |
| 75. Oppenheimer Quest - 2B | A | Dividend | | | Sold | 01/23/12 | J | A | |
| 76. Pimco Low - 2B | A | Dividend | J | T | Sold (part) | 09/27/12 | J | A | |
| 77. Pimco Short - 2B | A | Dividend | | | Sold | 09/17/12 | J | A | |
| 78. Templeton Developing - 2B | A | Dividend | | | Sold | 11/21/12 | J | A | |
| 79. Franklin Templeton - 2B | A | Dividend | | | Sold | 09/17/12 | J | A | |
| 80. Templeton Global - 2B | A | Dividend | J | T | | | | | |
| 81. E*Trade Tax-Exempt Cal. Fund - 1 | A | Interest | J | T | | | | | |
| 82. San Diego County Credit Union Checking - 1 | A | Interest | J | T | | | | | |
| 83. San Diego County Credit Union Savings - 1 | A | Interest | J | T | | | | | |
| 84. Rothschild Money Market Fund - 1 | A | Interest | J | T | | | | | |
| 85. American Century - 4 | A | Dividend | J | T | Buy | 01/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Franklin Growth - 4 | A | Dividend | J | T | Buy | 03/20/12 | J | | |
| 87. Fundalmental Investors - 4 | A | Dividend | J | T | | | | | |
| 88. Lord Abbett - 4 | A | Dividend | J | T | Sold (part) | 12/27/12 | J | A | |
| 89. Oppenheimer Quest - 4 | A | Dividend | | | Sold | 01/23/12 | J | A | |
| 90. Pimco Low - 4 | A | Dividend | | | Sold | 09/24/12 | J | A | |
| 91. Pimco Short - 4 | A | Dividend | J | T | | | | | |
| 92. Franklin Templeton China - 4 | A | Dividend | | | Sold | 09/24/12 | J | A | |
| 93. Rothschild Money Market Fund - 5 | A | Interest | J | T | | | | | |
| 94. American Century - 5 | A | Interest | J | T | | | | | |
| 95. Franklin Growth - 5 | A | Dividend | J | T | Buy | 03/26/12 | J | | |
| 96. Fundalmental Investors - 5 | A | Dividend | J | T | | | | | |
| 97. Goldman Sachs - 5 | A | Dividend | J | T | Buy | 11/21/12 | J | | |
| 98. Lord Abbett - 5 | A | Dividend | J | T | Sold (part) | 12/27/12 | J | A | |
| 99. Oppenheimer Quest - 5 | A | Dividend | J | T | Sold | 01/23/12 | J | A | |
| 100. Pimco Low - 5 | A | Dividend | | | Sold | 09/24/12 | J | A | |
| 101. Pimco Short - 5 | A | Dividend | J | T | | | | | |
| 102. Prudential Short - 5 | A | Dividend | J | T | Buy | 09/24/12 | J | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (3) Value Code 2 (J-P) | (4) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell redemption) | (2) Date mm-dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Franklin Templeton China - 5 | A | Dividend | | | Sold | 11/21/12 | J | A | |
| 104. Vanguard High Yield - 3 Retirement | A | Interest | | | Closed | 06/07/12 | K | A | |
| 105. Vanguard Fixed (GMNA) - 3 Retirement | A | Interest | | | Closed | 06/07/12 | L | A | |
| 106. Pooled Investment Account - 3 Retirement | A | Dividend | | | Closed | 06/07/12 | N | A | |
| 107. Calamos Growth Fund - 3 Retirement | A | Dividend | | | Closed | 06/07/12 | K | A | |
| 108. American Funds - 3 Retirement | A | Dividend | | | Closed | 06/07/12 | K | A | |
| 109. Royce Low Priced - 3 Retirement | C | Dividend | | | Closed | 06/07/12 | L | A | |
| 110. Templeton Foreign - 3 Retirement | B | Dividend | | | Closed | 06/07/12 | K | A | |
| 111. T. Rowe Price Value Adv - 3 Retirement | B | Dividend | | | Closed | 06/07/12 | K | A | |
| 112. Vanguard 500 Index - 3 Retirement | B | Dividend | | | Closed | 06/07/12 | K | A | |
| 113. Rothschild Money Mkt Fund - 6 | A | Interest | | | Closed | 12/27/12 | L | A | |
| 114. Morgan Stanley Cash - 6 | A | Interest | L | T | Buy | 12/27/12 | K | | |
| 115. BMW BK - 6 | A | Interest | | | Sold | 06/01/12 | J | A | |
| 116. Nevada St - 6 | A | Interest | | | Sold | 06/01/12 | J | A | |
| 117. Morgan Stanley - 6 | A | Interest | | | Sold | 06/01/12 | J | A | |
| 118. Ceragon - 6 | A | Dividend | | | Sold | 06/01/12 | J | A | |
| 119. Compugen - 6 | A | Dividend | J | T | Buy | 06/01/12 | J | | |

| 1. Income Gain Codes | A =$1,000 or less | F =$50,001 - $100,000 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Equity Res. - 6 | A | Dividend | J | T | Buy | 06/01/12 | J | | |
| 121. EZChip - 6 | A | Dividend | J | T | | | | | |
| 122. Gap - 6 | A | Dividend | J | T | Buy | 06/01/12 | J | | |
| 123. Pimco Total - 6 | A | Dividend | J | T | Buy | 06/01/12 | J | | |
| 124. Dollar Tree - 6 | A | Dividend | | | Sold | 06/01/12 | J | A | |
| 125. Duke Energy - 6 | A | Dividend | J | T | | | | | |
| 126. General Electric - 6 | A | Dividend | | | Sold | 06/01/12 | J | A | |
| 127. Netlogic - 6 | A | Dividend | | | Sold | 01/23/12 | J | A | |
| 128. Qualcomm - 6 | A | Dividend | J | T | | | | | |
| 129. Verizon - 6 | A | Dividend | J | T | | | | | |
| 130. Sears Roebuck - 6 | A | Dividend | J | T | | | | | |
| 131. Royce Value - 6 | A | Dividend | J | T | | | | | |
| 132. Rentech - 6 | A | Dividend | J | T | Buy | 06/01/12 | J | | |
| 133. Rothschild Money Mkt Fund - 7 | A | Interest | L | T | | | | | |
| 134. Federal Home Ln Bks - 7 | A | Interest | | | Redeemed | 02/21/12 | K | A | |
| 135. Federal Home Ln Mtg - 7 | A | Interest | | | Redeemed | 06/15/12 | K | A | |
| 136. Houston Tex - 7 | A | Interest | | | Redeemed | 03/01/12 | K | A | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A - $1,000 or less | B - $1,001 - $2,500 | C - $2,501 - $5,000 | D - $5,001 - $15,000 | E - $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F - $50,001 - $100,000 | G - $100,001 - $1,000,000 | H1 - $1,000,001 - $5,000,000 | H2 - More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J - $15,000 or less | K - $15,001 - $50,000 | L - $50,001 - $100,000 | M - $100,001 - $250,000 | |
| | N - $250,001 - $500,000 | O - $500,001 - $1,000,000 | P1 - $1,000,001 - $5,000,000 | P2 - $5,000,001 - $25,000,000 | |
| | P3 - $25,000,001 - $50,000,000 | | P4 - More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q - Appraisal | R - Cost (Real Estate Only) | S - Assessment | T - Cash Market | |
| | U - Book Value | V - Other | W - Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Houston Tex - 7 | A | Interest | | | Redeemed | 03/01/12 | J | A | |
| 138. Lloyds TSB - 7 | A | Interest | K | T | | | | | |
| 139. Ceragon - 7 | A | Dividend | | | Sold | 11/16/12 | J | A | |
| 140. Compugen - 7 | A | Dividend | J | T | | | | | |
| 141. EZChip 7 | A | Dividend | J | T | | | | | |
| 142. Gap - 7 | A | Dividend | J | T | Buy | 09/19/12 | J | | |
| 143. General Electric - 7 | A | Dividend | | | Sold | 11/19/12 | J | A | |
| 144. Netlogic - 7 | A | Dividend | | | Sold | 01/23/12 | J | A | |
| 145. Qualcomm - 7 | A | Dividend | J | T | | | | | |
| 146. Quicklogic - 7 | A | Dividend | | | Sold | 11/08/12 | J | A | |
| 147. Rentech - 7 | A | Dividend | J | T | Buy | 09/21/12 | J | | |
| 148. Verizon - 7 | A | Dividend | J | T | | | | | |
| 149. Royce Value - 7 | A | Dividend | J | T | | | | | |
| 150. Pimco ETF - 7 | A | Dividend | J | T | Buy | 11/19/12 | J | | |
| 151. SPDR Gold - 7 | A | Dividend | J | T | | | | | |
| 152. Green Dot - 7 | A | Dividend | | | Buy | 05/09/12 | J | | |
| 153. | | | | | Sold | 11/19/12 | J | A | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$3,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000

2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000

3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Inphi Corp - 7 | A | Dividend | | | Buy | 04/02/12 | J | | |
| 155. | | | | | Sold | 11/19/12 | J | A | |
| 156. Titan Machy - 7 | A | Dividend | | | Buy | 09/24/12 | I | | |
| 157. | | | | | Sold | 12/10/12 | J | A | |
| 158. Federal Farm - 7 | A | Interest | | | Buy | 02/23/12 | K | | |
| 159. | | | | | Redeemed | 04/05/12 | K | A | |
| 160. Morgan Stanley Cash - 8 | A | Interest | J | T | | | | | |
| 161. Boeing - 8 | A | Dividend | J | T | | | | | |
| 162. CenturyLmk - 8 | A | Dividend | J | T | | | | | |
| 163. Cisco - 8 | A | Dividend | | | Sold | 04/10/12 | J | A | |
| 164. Duke Energy - 8 | A | Dividend | J | T | Sold (part) | 06/29/12 | J | A | |
| 165. Euroseas - 8 | A | Dividend | J | T | | | | | |
| 166. General Electric - 8 | A | Dividend | J | T | | | | | |
| 167. Health Care REIT - 8 | A | Dividend | J | T | | | | | |
| 168. Natural Res. - 8 | A | Dividend | J | T | | | | | |
| 169. Qualcomm - 8 | A | Dividend | J | T | | | | | |
| 170. Nevada St. - 8 | A | Interest | | | Redeemed | 09/17/12 | K | A | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | | P4 = More than $50,000,000 | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Energy Transfer - 8 | A | Interest | | | Sold | 08/01/12 | J | A | |
| 172. Dow - 8 | A | Interest | | | Sold | 03/08/12 | J | A | |
| 173. Wells Fargo - 8 | A | Interest | J | T | | | | | |
| 174. Phillip Morris - 8 | A | Interest | J | T | | | | | |
| 175. Altria - 8 | A | Interest | J | T | | | | | |
| 176. Hess - 8 | A | Interest | J | T | | | | | |
| 177. Wellpoint - 8 | A | Interest | J | T | | | | | |
| 178. Morgan Stanley - 8 | A | Interest | J | T | | | | | |
| 179. Goldman Sachs - 8 | A | Interest | J | T | | | | | |
| 180. Dupont - 8 | A | Interest | J | T | | | | | |
| 181. Bank of America | A | Interest | J | T | | | | | |
| 182. Comcast - 8 | A | Interest | J | T | | | | | |
| 183. Morgan Stanley - 8 | A | Interest | J | T | | | | | |
| 184. Marathon Oil - 8 | A | Interest | J | T | | | | | |
| 185. Target - 8 | A | Interest | J | T | | | | | |
| 186. AT&T - 8 | A | Interest | J | T | | | | | |
| 187. Verizon - 8 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A -$1,000 or less | B -$1,001 - $2,500 | C -$2,501 - $5,000 | D -$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G -$100,001 - $1,000,000 | H1 -$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J -$15,000 or less | K -$15,001 - $50,000 | L -$50,001 - $100,000 | M -$100,001 - $250,000 | |
| (See Columns C1 and D3) | N -$250,001 - $500,000 | O -$500,001 - $1,000,000 | P1 -$1,000,001 - $5,000,000 | P2 - $5,000,001 - $25,000,000 | |
| | P3 -$25,000,001 - $50,000,000 | | P4 - More than $50,000,000 | | |
| 3. Value Method Codes | Q -Appraisal | R -Cost (Real Estate Only) | S -Assessment | T -Cash Market | |
| (See Column C2) | U -Book Value | V -Other | W -Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. Indiana Michigan Power - 8 | A | Interest | J | T | | | | | |
| 189. Franklin Mutual - 8 | A | Dividend | J | T | | | | | |
| 190. Pimco - 8 | A | Dividend | J | T | | | | | |
| 191. Prudential Sht - 8 | A | Dividend | J | T | Buy | 09/19/12 | J | | |
| 192. Templeton Global - 8 | A | Dividend | J | T | | | | | |
| 193. Van Eck Global - 8 | A | Dividend | J | T | | | | | |
| 194. Unit Guggenheim - 8 | A | Dividend | K | T | | | | | |
| 195. Apple - 1 | A | Dividend | J | T | | | | | |
| 196. GNMA Fund - 3 IRA | A | Int./Div. | N | T | Buy | 06/07/12 | N | | |
| 197. Primecap Fund - 3 IRA | A | Int./Div. | K | T | Buy | 06/07/12 | K | | |
| 198. Total Bond - 3 IRA | A | Int./Div. | J | T | Buy | 06/07/12 | J | | |
| 199. Total Stock - 3 IRA | A | Int./Div. | M | T | Buy | 06/07/12 | M | | |
| 200. Wellington Fund - 3 IRA | A | Int./Div. | O | T | Buy | 06/07/12 | N | | |
| 201. 500 Index Fund - 3 IRA | A | Int./Div. | P1 | T | Buy | 06/07/12 | P1 | | |
| 202. Jones Day 2020 Fund - 3 | A | Int./Div. | K | T | Buy | 12/14/12 | K | | |

| 1. Income Gain Codes: | A -$1,000 or less | B -$1,001 - $2,500 | C -$2,501 - $5,000 | D -$5,001 - $15,000 | E -$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F -$50,001 - $100,000 | G -$100,001 - $1,000,000 | H1 -$1,000,001 - $5,000,000 | H2 -More than $5,000,000 | |
| 2. Value Codes | J -$15,000 or less | K -$15,001 - $50,000 | L -$50,001 - $100,000 | M -$100,001 - $250,000 | |
| (See Columns C1 and D3) | N -$250,001 - $500,000 | O -$500,001 - $1,000,000 | P1 -$1,000,001 - $5,000,000 | P2 -$5,000,001 - $25,000,000 | |
| | P3 -$25,000,001 - $50,000,000 | | P4 -More than $50,000,000 | | |
| 3. Value Method Codes | Q -Appraisal | R -Cost (Real Estate Only) | S -Assessment | T -Cash Market | |
| (See Column C2) | U -Book Value | V -Other | W -Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stormes, Nita L. | 08/11/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions - All assets in the ▮▮▮▮ Trust and the ▮▮▮▮ Trusts are listed in Part VII.

Part VII. Investments and Trusts. The dates of 06/01/12 in Column D(2) for lines 115-120, 122-124, 126 and 132 are estimated dates as the monthly statements from March - December 2012 were not received. The buys and sales noted in those lines occurred during that period.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stormes, Nita L. | 08/11/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nita L. Stormes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544